IN THE UNITED STATES DISTRICT COURT

UNITED STATES DEPARTMENT OF THE TREASURY

    (Plaintiff),

    v.

SEIZED FEDERAL SECURITIES

    (Defendants).

_____/

FILED
IN CLERKS OFFICE

2021 FEB 22 PM 2: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case No._____

COMPLAINT FOR FORFEITURE IN REM

                           Counsel
United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20530

NOW COMES the United States Department of the Treasury, Plaintiff herein, by and through FEDERAL TRUSTEE Duane L. Berry pursuant to Department of Treasury (IRS) code 26 U.S.C § 6903 and the United States Attorney General pursuant to 28 U.S.C. § 516, in a civil cause of forfeiture, and respectfully states the following:

## INTRODUCTION

1. This is a civil action in rem pursuant to 18 U.S.C. § 981(a)(1)(A) and (C). Procedures for this action are mandated by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and, to the extent applicable, 18 U.S.C. §§ 981, 983, and 984, and the Federal Rules of Civil Procedure.

2. This action seeks the forfeiture of all right, title, and interest in the above captioned property because the property constitutes or is derived from wire fraud in violation of 18 U.S.C. § 1343, major fraud against the United States in violation of 18 U.S.C. § 1031, and financial monetary transactions of tax instruments and money laundering conspiracy in violation of 18 U.S.C. §§ 1957 and 1956(h). As set forth more fully below, the conspirators identified herein, through fraud and false pretenses, obtained the property and or engaged in numerous transactions concerning fraud relating to tax instruments, monetary transactions, and money laundering.

3. This Court has jurisdiction over this action commenced by the United States under 28 U.S.C. § 1345 and over this action for forfeiture under 28 U.S.C. § 1355(a). The Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

4. This Court has venue pursuant to 28 U.S.C. §§ 1355 and 1395, as defendant property was found in this district.

5. The defendant is all present and future interest in the following property (hereafter collectively, "Seized Federal Securities"):(SEE EXHIBIT A)

6. The Seized Federal Securities, pursuant to the National Security Act (50 U.S.C. 3162(a)(1))and other means, are currently being held in part by the Plaintiff, its FEDERAL TRUSTEE, and or the United States Marshals Service. (SEE EXHIBIT B)

7. Pursuant to Supplemental Rule G(2)(f), facts in support of a reasonable belief that the Government will be able to meet its burden of proof at trial as follows and have been verified by the attached FEDERAL TRUSTEE'S complaint with the Treasury Inspector General for Tax Adminsitration (TIGTA). (SEE EXHIBIT C)

## SUMMARY OF THE FRAUD

8. On 12/02/2019, FEDERAL TRUSTEE Duane L. Berry, and "Whistleblower" against then President Donald J. Trump, moved the 2nd Circuit Court of Appeals in an "Emergency Motion to Intervene" in the Presidents tax fraud investigation case which involved the United States House of Representatives as Intervenors and several media outlets as Movants. See Trump v. Deutsche Bank et al. (SEE EXHIBIT D)

9. Pending the action...millions of un-redacted classified tax returns and other sensitive financial data, bank records and accounts of banking and tax transactions of several million americans, federal government agencies, including but not limited to the United States Department of Defense, United States Department of State, and the (Plaintiff) United States Department of the Treasury were unlawfully obtained by the media outlets, President Trump, who is now facing criminal impeachment hearings in the Senate, and several other conspirators. (SEE EXHIBIT E)

10. After repeated attempts to informally retrieve the Seized Federal Securities from the conspirators by the FEDERAL TRUSTEE, the Plaintiff, by and through its FEDERAL TRUSTEE and its powers appointed to him by Congress pursuant 26 U.S.C § 6903 employed the National Security Act, and other means, to retrieve the Seized Federal Securities.

11. The leak of the Seized Federal Securities has been a direct breach of the national security of the United States in which several trillion dollars of monetary transactions are potentially being exposed and compromised by the conspirators and other foreign entities, including the 'dark web' and Russian operatives.

12. The leak is also in direct violation of the Gramm-Leach-Biley Act, in which financial institutions are not permitted to disclose nonpublic information of a customer to a third party without the consent of the customer. See 15 U.S.C. § 6802 (a)(b). Nonpublic personal information includes personally identifiable financial account infromation, including names and street addresses, where those details are disclosed in a manner that indicates the associated names are clients of a fiancial institution See 16 C.F.R. § 313.3(n)(1)(i), (3)(ii). All of which have been factors in this leak.

13. Furthermore, "tax returns are generally afforded special protection from public disclosure", See e.g. Solomon v. Siemens Indus., Inc., 8 f. Supp. 3D 261, 285-86(E.D.N.Y. 2014) and any unlawful possession of tax returns for specific individuals or government security agencies would jeopardize the national security of the United States.

## CONCLUSION

14. By virtue of the foregoing, ALL right, title, and interest in the Seized Federal Securities held in the United States at the time of the commission of the unlawful acts giving rise to forfeiture has now become forfeitable to the United States.

WHEREFORE, the Plaintiff respectfully prays the Court that:

A. Due notice be given to all known conspirators to appear and show cause why the forfeiture should not be decreed;

B. Judgment be entered declaring the Seized Federal Securities be forfeited to the United States for disposition according to law; and

C. The Plaintiff be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action, including but not limited to the expenses of maintenance and protection of the Seized Federal Securities.

Dated: January 29, 2021              Respectfully submitted,

                              UNITED STATES DEPARTMENT OF THE TREASURY
                                       by and through
                              FEDERAL TRUSTEE DUANE L. BERRY