Duane L. Berry 62250019
Federal Trustee
Federal Medical Center
FMC Butner
P.O. Box 1600
Butner, NC 27509



Special Legal Mail
18 pg's enclosed
Timely Deposited: Feb 15, 2021

United States District Court (Mas
(John Joseph Moakley U.S. Courthouse)
Attn: Clerk of the Court
One Courthouse Way
Boston, MA 02210