UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-10304-RGS

DUANE L. BERRY

v.

SEIZED FEDERAL SECURITY

ORDER

May 6, 2021

STEARNS, D.J.

Duane L. Berry is a federal prisoner confined at FMC Butner. He is currently being evaluated for civil commitment under 28 U.S.C. § 4246(a). *See United States v. Berry*, Civil No. 20-02085 (E.D.N.C.).

On February 22, 2021, Berry filed a *pro se* complaint in this court titled as a "Complaint for Forfeiture in Rem." (Dkt #1). In the caption of the pleading, Berry identifies the United States Department of the Treasury as the plaintiff and "Seized Federal Securities" as the defendant. Berry purports to represent the US Department of the Treasury and identifies himself as a "Federal Trustee." He seeks forfeiture of property derived from criminal activity, including fraud against the United States. He represents that he has issued a warrant for "arrest in rem regarding the recovery and investigation

of classified tax records, documents, and banking information pursuant to the National Security Act." (Dkt #1-3 at 1). Berry did not pay the filing fee or seek leave to proceed without prepayment of the fee.

A court has the inherent power to dismiss frivolous actions, regardless of the status of the filing fee. *See Mallard v. United States Dist. Ct.*, 490 U.S. 296, 307-308 (1989); *Fitzgerald v. First E. Seventh St. Tenants Corp.*, 221 F.3d 362, 363 (2d Cir. 2000) (per curiam); *Brockton Sav. Bank. v. Peat, Marwick, Mitchell & Co.*, 771 F.2d 5, 11 n.5 (1st Cir. 1985). In legal parlance, a claim is "frivolous" when "the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them." *Denton v. Hernandez*, 504 U.S. 25, 33 (1992). Berry's present action, in which he claims to be counsel for the United States Department of Treasury and purports have the authority to seize property on behalf of the United States, falls within the definition "frivolous."

## ORDER

In accordance with the foregoing, the complaint is DISMISSED. The clerk shall issue a final order of dismissal.

**SO ORDERED.**

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE