# United States Court of Appeals
## For the First Circuit

No. 21-1459

DUANE L. BERRY,

Plaintiff - Appellant,

v.

SEIZED FEDERAL SECURITY,

Defendant - Appellee.

**MANDATE**

Entered: October 8, 2021

In accordance with the judgment of September 17, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Duane L. Berry